# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHRISTOPHER GEORGE KNOX
ADC #651242                                                                                             PLAINTIFF

V.                              CASE NO. 1:15-CV-86 JM/BD

WENDY KELLEY, et al.                                                                                DEFENDANTS

## ORDER

Christopher George Knox, an Arkansas Department of Correction inmate, filed this lawsuit without the help of a lawyer. Based on the allegations in his original and amended complaints, the Court determined that Mr. Knox had stated failure-to-protect claims against Defendants Tipton, Howard, Okai, Garcia, and Naracon; deliberate-indifference claims against Defendants Golden and Davis and the Doe Defendants; and retaliatory discipline claims against Defendants Golden and Davis.

Mr. Knox has now identified the Doe Defendants as Brenda Bridgeman and Ms. Canard. (Docket entry #8) Accordingly, service is now proper for those Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Bridgeman and Canard. The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (docket entries #2, #5), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through Humphries, Odum & Eubanks, Post Office Box 20670, White Hall, AR 71612.

The Clerk of the Court also is instructed to update the docket sheet to reflect the correct identities of the Doe Defendants.

IT IS SO ORDERED, this 2nd day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE