# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTOPHER GEORGE KNOX**
**ADC #651242**                                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 1:15-CV-86 JM/BD**

**WENDY KELLEY, et al.**                                                                       **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Knox's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be approved and adopted as this Court's findings in all respects except for the dismissal of Defendant Ramsey. Mr. Knox may amend his Complaint on or before October 20, 2015, to add the allegations regarding Defendant Ramsey which he has included in his objections.

Mr. Knox's claims against Defendants Kelley, Banks, and Page are DISMISSED, without prejudice.

IT IS SO ORDERED this 8th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE