**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CHRISTOPHER GEORGE KNOX
ADC #651242                                                                                                PLAINTIFF

V.                                CASE NO. 1:15-CV-86-JM-BD

WENDY KELLEY, et al.                                                                                    DEFENDANTS

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion**

Christopher George Knox, formerly an Arkansas Department of Correction inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Knox's mail was recently returned to the Court as undeliverable. (#89) Therefore, on March 18, 2016, the Court ordered Mr. Knox to provide an updated address within thirty days. (#95) The Court specifically cautioned Mr. Knox that his claims could be

dismissed if he failed to comply with the Court's order. To date, Mr. Knox has failed to respond to the Court's March 18, 2016 Order, and the time for doing so has passed. Defendants Okai and Tipton have now moved to dismiss Mr. Knox's claims based on his failure to prosecute this lawsuit. (#99)

### III. Conclusion

The Court recommends that the Defendants' motion to dismiss (#99) be GRANTED. Mr. Knox's claims against all Defendants should be DISMISSED, without prejudice, based on his failure to respond to the Court's March 18, 2016 Order. The pending motions for summary judgment (#68, #80) should be DENIED, as moot. Mr. Knox's motion for order (#55) also should be DENIED as moot.

DATED this 21st day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE