IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER GEORGE KNOX
ADC #651242                                                                                    PLAINTIFF

V.                           CASE NO. 1:15-CV-00086 JM/BD

WENDY KELLEY, et al.                                                                      DEFENDANTS

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The pending motion to dismiss (docket entry #99) is GRANTED. Mr. Knox's claims against all Defendants are DISMISSED, without prejudice, based on his failure to respond to the Court's March 18, 2016 Order. The pending motions for summary judgment based on failure to exhaust (#68, #80) are DENIED, as moot. Mr. Knox's motion for order (#55) also is DENIED as moot.

IT IS SO ORDERED, this 10th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE