# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER GEORGE KNOX**
**ADC #651242**                                                                                                    **PLAINTIFF**

**V.**            **CASE NO. 1:15-CV-00086 JM/BD**

**WENDY KELLEY, et al.**                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE